UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE P. DAVIS )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, Commissioner of )<br>the Social Security Administration )<br>Defendant. )<br>) | **JUDGMENT**<br><br>No. 4:22-CV-89-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 16, 2023, that defendant pay to plaintiff $7,850.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on November 16, 2023, and Copies To:**
Charles F. Hall, IV (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)


November 16, 2023                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                     (By) Sandra K. Collns, Deputy Clerk